IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-02443-ZLW-CBS

LARRY DURHAM,

    Plaintiff,

v.

THE VAIL CORPORATION, a Colorado corporation
doing business as VAIL ASSOCIATES, INC.,

    Defendant.

---

## ORDER

---

    The matters before the Court are the Motion To Withdraw By Buchanan, Jurdem & Cederberg, P.C. and the Entry Of Appearance by Ross Buchanan. Mr. Buchanan has represented Plaintiff since this action was commenced; however, his law firm is dissolving and he has formed a new firm. Mr. Buchanan states that he will continue to represent Plaintiff at his new firm. No withdrawal or entry of appearance is required under these circumstances, because it is the attorney, not the law firm, who represents the party,[1] and Plaintiff's attorney of record (Mr. Buchanan) is not withdrawing. Accordingly, it is

    ORDERED that the Entry Of Appearance (Doc. No. 24) shall be construed as a notice of new firm and address change for Plaintiff's counsel. It is

---

[1] See D.C.COLO.LCivR 83.3B ("An attorney's entry of appearance by signing a pleading, motion, or other paper does not constitute entry of appearance by that attorney's firm.").

FURTHER ORDERED that the Motion To Withdraw By Buchanan, Jurdem & Cederberg, P.C. (Doc. No. 23) is stricken.

DATED at Denver, Colorado, this   11th   day of June, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court