IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-02443-ZLW-CBS

LARRY DURHAM,

    Plaintiff,

v.

THE VAIL CORPORATION,
a Colorado corporation
doing business as VAIL ASSOCIATES, INC., and
BEAVER CREEK CONSULTANTS, INC.,
a Colorado corporation doing business as
BEAVER CREEK SKI AREA,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that parties' Stipulated Motion to Vacate August 20, 2008 Settlement Conference (*doc. # 32)* is GRANTED. The settlement conference set for August 20, 2008 is **VACATED**.

    A settlement conference will be reset upon the request of the parties, after they have conferred and determined that such a conference would be of assistance in resolving the case.

    IT IS FURTHER ORDERED that counsel are instructed to note **D.C.COLOL.CIVR. 10.1K (Signature Block)** and **D.C. COLO. ECF. PROC. V.C.4 (Signature Block)**. Future failure to comply with the aforementioned rules may result in denial or striking of the document(s).

**DATED:**    August 15, 2008