IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-02443-ZLW-CBS

LARRY DURHAM,

    Plaintiff,

v.

THE VAIL CORPORATION, a Colorado corporation
doing business as VAIL ASSOCIATES, INC.,

    Defendant.

___

# ORDER
___

    This case is set for **trial to jury for five days commencing at 10:30 a.m. on Monday, April 26, 2010**, in Courtroom A801, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado  80294.  It is

    ORDERED that counsel shall review the pre-trial order and shall file a short status report with the Court on or before **Tuesday, February 23, 2010**, advising the Court of the following:

    1.    Any problems, factual or legal, which are not adequately disclosed by the pre-trial order.
    2.    Any witnesses or exhibits not listed in the pre-trial order which are stipulated or allowed by order of court.
    3.    Matters which counsel believe can be resolved in advance of trial, including motions in limine.
    4.    Unusual legal questions which counsel anticipate will arise at trial.
    5.    Changes which should be made in the estimated length of trial as shown by the pre-trial order.
    6.    Possibilities of settlement.

    It is FURTHER ORDERED that all motions in limine shall be filed **on or before**

**Tuesday, February 23, 2010**, responses (if necessary) to be filed **no later than Tuesday, March 9, 2010**.  It is

FURTHER ORDERED that the parties must comply with D.C.COLO.LCivR 7.1A before filing any motion in limine.  It is

FURTHER ORDERED that **a trial preparation conference before Senior Judge Zita L. Weinshienk is hereby set on Tuesday, March 23, 2010, at 2:30 p.m.** in Courtroom A801, **at which time any pending motions may be heard**.  It is

FURTHER ORDERED that counsel shall read and comply with the procedures as outlined in the Civil Trial Procedures, Trial Check List, and Jury Instructions Memorandum posted under Judicial Officers' Procedures for Senior Judge Weinshienk on the Court's website at **http://www.cod.uscourts.gov/.**  Counsel shall be prepared to discuss these procedures if necessary and may ask any questions of the Court and Court staff at the scheduled Trial Preparation Conference for any needed clarification.

DATED AT Denver, Colorado, this 5th day of August, 2009.

                                        BY THE COURT:

                                        _/s/ Zita L. Weinshienk_

                                        ZITA L. WEINSHIENK, Senior Judge
                                        United States District Court