| CAPTION: | APPEARANCES: |
|---|---|
| **LARRY DURHAM** | Ross Buchanan |
| vs. | |
| **THE VAIL CORPORATION** | Kimberly Viergever |

Judge: VRATIL      Clerk: Gordon      Reporter: Hallberg

Date: **March 29, 2010**

Type of Proceeding: **Telephone Status Conference. Length of conference: 2 hours.**

**Defendant's Motion In Limine Re: Prior/Other Accidents (Doc. #51)** – SUSTAINED for reasons stated on the record.

**Defendant's Motion In Limine Re: Dismissal Of Johnson Bowers (Doc. #52)** – SUSTAINED for reasons stated on the record.

**Defendant's Motion In Limine Re: Lost Income/Lost Wages (Doc. #53)** – OVERRULED as moot.

**Plaintiff's Motion In Limine Re: Accident Card (Doc. #57)** – OVERRULED without prejudice to re-asserting motion at trial.

**Plaintiff's Motion In Limine Re: Marital Status of Mayumi Saito (Doc. #58)** – SUSTAINED as uncontested.

**Plaintiff's Motion In Limine Re: Use Of Percocet (Doc. #59)** – SUSTAINED for reasons stated on the record.

Trial is scheduled for April 26, 2010 at 9:30 a.m. The Court will hold a hearing on April 26, 2010 at 9:00 a.m. to address any remaining trial-related issues. On or before April 19, 2010, the parties shall file any objections to deposition designations. On or before April 21, 2010, the parties may file any responses to such objections. On or before April 21, 2010, the parties shall file proposed jury instructions. The parties are directed to exchange good faith settlement offers.