# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| LARRY DURHAM, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | |
| v. ) | No. 07-2443-KHV |
| ) | |
| THE VAIL CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## MEMORANDUM AND ORDER AND ORDER TO SHOW CAUSE

This matter is before the Court on defendant's Motion For Enforcement Of Judgment (Doc. #98) filed May 20, 2011. On plaintiff's motions, the Court extended the deadline to file a response to defendant's motion to July 6, 2011 and then to July 27, 2011. See Order (Doc. #104); Order (Doc. #102). Plaintiff has not filed a response to defendant's motion. For this reason and substantially the reasons stated in defendant's motion, the Court sustains the motion.

**IT IS THEREFORE ORDERED** that defendant's Motion For Enforcement Of Judgment (Doc. #98) filed May 20, 2011 be and hereby is **SUSTAINED**. **On or before September 6, 2011, plaintiff shall pay to defendant the sum of $3,672.10, which the Court previously awarded as costs in this action.**

**IT IS FURTHER ORDERED that on or before September 20, 2011, plaintiff shall show good cause in writing why the Court should not hold him in civil contempt and impose monetary sanctions for his failure to timely pay court costs. A show cause hearing on the issue is set for November 10, 2011 at 8:30 a.m.**

Dated this 8th day of August, 2011 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge
