# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| **LARRY DURHAM,** | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | No. 07-2443-KHV |
| | ) | |
| **THE VAIL CORPORATION,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Having reviewed the parties' Joint Motion To Discharge Order To Show Cause (Doc. #107) filed August 11, 2011 and finding good cause shown,

**IT IS HEREBY ORDERED** that the Order To Show Cause (Doc. #105) be and hereby is **DISCHARGED**. **The show cause hearing set for November 10, 2011 at 8:30 a.m. is VACATED.**

Dated this 16th day of August, 2011 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge